No. 73–1875.   H & M Cake Box, Inc. v. Bakery & Confectionery Workers International Union of America, Local No. 45.   C. A. 1st Cir.   Certiorari denied.

No. 73–1876.   Brewington v. United States.   C. A. 2d Cir.   Certiorari denied.

No. 73–1877.   Glatstein v. Walsh.   C. A. 2d Cir. Certiorari denied.

No. 73–1879.   Humphrey v. Georgia.   Sup. Ct. Ga. Certiorari denied.

No. 73–1880.   Chicago Patrolmen's Assn. et al. v. City of Chicago et al.   Sup. Ct. Ill.   Certiorari denied.

No. 73–1881.   Ernest Renda Contracting Co., Inc. v. Male, Commissioner, Department of Labor and Industry, et al.   Sup. Ct. N. J.   Certiorari denied.

No. 73–1883.   Lake Transport, Inc. v. Railroad Commission of Texas et al.   Sup. Ct. Tex.   Certiorari denied.

No. 73–1885.   United Transportation Union General Committee of Adjustment v. Baker et al., Trustees of Property of Penn Central Transportation Co.   C. A. 7th Cir.   Certiorari denied.

No. 73–1886.   Gesser et al. v. Dann, Commissioner of Patents.   C. C. P. A.   Certiorari denied.

No. 73–1889.   Whitlock, Executrix v. Commissioner of Internal Revenue.   C. A. 10th Cir.   Certiorari denied.